# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Dusty Lee Collins<br>**Debtor(s)** | **BK NO. 17-01434 RNO**<br><br>**Chapter 7** |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

      Kindly enter my appearance on behalf of JPMorgan Chase Bank, N.A. and index same on the master mailing list.

                                        Respectfully submitted,

                                        **/s/James C. Warmbrodt, Esquire**
                                        James C. Warmbrodt, Esquire
                                        KML Law Group, P.C.
                                        BNY Mellon Independence Center
                                        701 Market Street, Suite 5000
                                        Philadelphia, PA  19106
                                        412-430-3594