```
                           United States Bankruptcy Court
                            Middle District of Pennsylvania
```

In re:                                                                Case No. 17-01434-RNO
Dusty Lee Collins                                                     Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0314-1           User: PRadginsk            Page 1 of 1            Date Rcvd: Jun 28, 2017
                               Form ID: pdf010            Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 30, 2017.
db             +Dusty Lee Collins,    561 Center St,    Chambersburg, PA 17201-1109

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 30, 2017                              Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 28, 2017 at the address(es) listed below:
              James Warmbrodt    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. bkgroup@kmllawgroup.com
              John P Neblett (Trustee)    jpn@neblettlaw.com, pa06@ecfcbis.com
              Michael John Csonka    on behalf of Debtor Dusty Lee Collins office@csonkalaw.com,
               kwhitsel@csonkalaw.com;r48114@notify.bestcase.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 4

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Dusty Lee Collins <br> _Debtor(s)_ | CHAPTER 7 |
| JPMorgan Chase Bank, N.A. <br> _Movant_ <br> vs. | NO. 17-01434 RNO |
| Dusty Lee Collins <br> _Debtor(s)_ | |
| JOHN P. NEBLETT <br> _Trustee_ | 11 U.S.C. Section 362 |

## ORDER TERMINATING AUTOMATIC STAY

Upon consideration of the Motion for Relief from the Automatic Stay filed in this bankruptcy proceeding by Movant JPMorgan Chase Bank, N.A., the court reviewed the file herein and no answer having been filed, is of the opinion that said Motion should be granted. It is therefore,

ORDERED, that the automatic stay is hereby terminated under 11 U.S.C. Section 362(d) as to Movant to permit said creditor, its successors and/or assigns to take possession and sell, lease, and otherwise dispose of the 2017 Subaru Outback, VIN 4S4BSANC3H3218905, in a commercially reasonable manner.

Dated: June 28, 2017

By the Court,

_Robert N. Opel, II, Chief Bankruptcy Judge_
(DG)